IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

JOHN A. KING, et al.            )
                                )
      v.                        )    NO. 2:08-0018
                                )
HOSPITAL CORPORATION            )
OF AMERICA, et al.              )

**O R D E R**

Presently pending is Plaintiff's motion (Docket Entry No. 2) "to file under seal." Plaintiff's motion consists of nothing other than the statement "motion to file under seal," which the Court presumes to mean Plaintiff requests that the complaint be filed under seal. However, Plaintiff provides absolutely no explanation for why or under what provision the complaint should be filed under seal. Accordingly, the motion is DENIED. The Clerk is to remove the designation of "Under Seal" for the documents filed in this action.

The plaintiff is advised that it is his responsibility to insure that summons are issued for the defendants and that service of the summons and complaint is effected upon the defendants. The plaintiff is further advised that Rule 4(m) of the Federal Rules of Civil Procedure provides that if service is not effected upon the defendants within 120 days of filing the complaint, the Court must dismiss the complaint unless the plaintiff can show good cause for extending the time to effect service.

Any party desiring to appeal this Order may do so by filing a motion for review no later than ten (10) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 9(a)(1) of the Local Rules for Magistrate Judge Proceedings.

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge